IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEFFERY SCOTT McCARTER, # 176854, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 1:18cv175-WHA |
| ) | |
| WALTER MYERS, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

On March 29, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 3.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 3) is ADOPTED; and

2. This case is DISMISSED without prejudice because the required permission has not been obtained from the Eleventh Circuit Court of Appeals.

A final judgment will be entered separately.

DONE this 30th day of April, 2018.

                       /s/  W. Harold Albritton
                       W. HAROLD ALBRITTON
                       SENIOR UNITED STATES DISTRICT JUDGE